IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CANDY FLANNERY, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3: 18-cv-00584 |
| | ) JUDGE RICHARDSON |
| TUNE IMPORTS, INC., | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Doc. No. 14). For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion, which is actually a Motion for Partial Summary Judgment, is **GRANTED**. Judgment is entered for Defendant on Plaintiff's claims under the Americans with Disabilities Act and Title VII.

Plaintiff's claim under 42 U.S.C. § 1981 remains pending.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE